Agness Mccurry )
)
v. )
U.S District Court for the Eastern )
District of Tennessee et al )

FILED

JAN 1 3 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

NO. 2:25-CV-6
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, __Agness Mccurry__, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

I have always received Fee Waivers from this Court because the judges are aware that I am indigent. Judge Greer sued in his official capacity has been entering orders denying me relief in 23-CV-141 against Benjamin and Gary McCurry. I filed the approved I-485 green card application with their affidavits attached. Judge Greer is keeping me deliberately in poverty to and revoke my fee waiver as retaliation for my writ of mamdamus against him. The fact remains that I am owed over $60,000 so far now by the Mccurry's.

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)         YEAR OF BIRTH

Agness     N/A     Mceumy        1996

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.

7033            423-943-3200

HOME ADDRESS:

Address protected under VAWA safe address PO Box 5274 Hercules CA 94547

OWN OR RENT?        HOW LONG AT CURRENT ADDRESS?

N/A        Almost a year in safe housing

MARITAL STATUS:

Single

NAME AND ADDRESS OF CURRENT EMPLOYER:

I am unemployed and financially crippled because Benjamin and Gary Mceumy to provide financial support according to the Affidavit of Support filed in the complaint 23-CV-14V.

TELEPHONE NUMBER OF EMPLOYER:

N/A

HOW LONG AT CURRENT EMPLOYMENT?

N/A

OCCUPATION (Describe what you do):

I am trying to survive with help from co-plaintiff Etha Jones and some Tik Tok followers.

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: N/A        NET: N/A

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: June 13th 2023

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: $2,400

Case 2:25-cv-00006-TRM-CRW    Document 1    Filed 01/13/25    Page 2 of 10    PageID #: 2

## HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?    [ ] Yes    [X] No

If YES, state the source and amount:

Rent payments, interest, or dividends?    [ ] Yes    [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?    [ ] Yes    [X] No

If YES, state the source and amount:

Gifts or inheritance?    [X] Yes    [ ] No

If YES, state the source and amount:

Cashapp $100

Any other source?    [ ] Yes    [X] No

If YES, state the source and amount:

Case 2:25-cv-00006-TRM-CRW    Document 1    Filed 01/13/25    Page 3 of 10    PageID #: 3

**ASSETS:**

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH $ 0

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) $ 50
**(Do NOT include account numbers)**

Cashapp

Venmo $100

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) $ 0
**(Do NOT include account numbers)**

STOCKS AND BONDS $ 0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

$ _____

$ _____

$ _____

**TOTAL REAL ESTATE** $ 0

Page 4 of 10

## VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| | |
|---|---|
| | $ 0 |
| | $ 0 |
| | $ 0 |

**TOTAL PERSONAL PROPERTY** $ 0

## MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| Ford Ecosport 2020 (Currently | | $ 19,000 |
| Repossed and lawsuit (2:23 — | | $ |
| CV-61) | | $ |

**TOTAL VALUE OF MOTOR VEHICLES** $ 19,000

## DEBTS OWED TO YOU (Give Name of Debtor)

| | |
|---|---|
| Benjamin & Gary Mccumy | $ 30,000 and above |
| (Affidavit of Support contract | $ |
| | $ |

**TOTAL DEBTS OWED TO YOU** $ 30,000 and above

## OTHER ASSETS (ITEMIZE)

| | |
|---|---|
| | $ 0 |
| | $ 0 |
| | $ 0 |

**TOTAL OTHER ASSETS** $ 0

**TOTAL OF ALL ASSETS:** $ 19,000

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Chase      $ 2,000

Discover      $ 2,000

Eastman Credit Union      $ 2,500

**TOTAL LOANS PAYABLE TO BANKS**      $ 6,500

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 16,000 |
| MEDICAL BILLS | $ 3,820.45 |
| TAXES AND ASSESSMENTS PAYABLE | $ N/A |

OTHER LIABILITIES (Itemize)

$

$

$

**TOTAL LIABILITIES**      $ 19,820.45

Case 2:25-cv-00006-TRM-CRW    Document 1    Filed 01/13/25    Page 6 of 10    PageID #: 6

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ N/A | $ N/A |
| ELECTRICITY | $ N/A | $ |
| WATER | $ 0 | $ |
| GAS | $ 0 | $ |
| TELEPHONE | $ 55 | $ |
| FOOD | $ 150 | $ |
| ALIMONY | $ Pending in 23-CV-141 | $ |
| CHILD SUPPORT | $ I can't afford to pay | $ |
| CHILD CARE | $ 0 | $ |
| SCHOOL EXPENSES | $ 0 | $ |
| AUTOMOBILE NOTE | $ 0 | $ |
| AUTOMOBILE INSURANCE | $ 0 | $ |
| AUTOMOBILE REPAIRS | $ 0 | $ |
| GASOLINE | $ 0 | $ |
| FURNITURE NOTE | $ 0 | $ |
| CLOTHING | $ 0 | $ |
| CABLE TELEVISION | $ 0 | $ |
| LIFE INSURANCE | $ 0 | $ |
| HOSPITALIZATION INSURANCE | $ 0 | $ |
| DOCTORS | $ 0 | $ |
| DRUGS | $ 0 | $ |
| CREDIT CARDS | $ In collections | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ over $6,000 | $ |
| TAXES | $ N/A | $ |
| ANY OTHER EXPENSES (LIST) | | |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL EXPENSES** | | $ 205 |

Case 2:25-cv-00006-TRM-CRW     Document 1     Filed 01/13/25     Page 7 of 10     PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)                          YEAR OF BIRTH

_N/A_                    _N/A_                              _N/A_

SOCIAL SECURITY NUMBER (last 4 digits only)                PHONE NOS.

_N/A_                                                       _N/A_

HOME ADDRESS (if different from yours):

_N/A_

OWN OR RENT?     _N/A_      HOW LONG AT CURRENT ADDRESS?     _N/A_

NAME AND ADDRESS OF CURRENT EMPLOYER:

_N/A_

TELEPHONE NUMBER OF EMPLOYER:

_N/A_

HOW LONG AT CURRENT EMPLOYMENT?

_N/A_

OCCUPATION (Describe what your spouse does):

_N/A_

SPOUSE'S CURRENT MONTHLY INCOME:

Salary or Wages                      $ _N/A_

Commissions                          $ _N/A_

All other sources (Pensions; Soc.Sec.;
Rent; Interest; Dividends; Alimony, etc.)   $ _N/A_

                        TOTAL:       $ _N/A_

Page 8 of 10

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:               Age:          Relationship:        Living
                                                         With Whom?

N/A

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $ _____N/A_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                   $ _____N/A_____

## <u>AFFIDAVIT</u>

**I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.**

1/10/25

**DATE**

**SIGNATURE**

Created:          January 31, 2007
IPF Application.wpd